**WASHINGTON COUNTY**

v.

**UCBR (YOUNG)**

**1838 CD 2016**

Commonwealth Court of Pennsylvania.

06/12/2017

Unemployment Compensation Board of Review, B–592123

Affirmed

■

**NELSON BUILDING SERVICES GRP.**

v.

**WCAB (PONCE, ET AL.)**

**1027 CD 2016**

Commonwealth Court of Pennsylvania.

06/13/2017

Workers' Compensation Appeal Board, A15–0875

Affirmed

■

**HOLT, R.**

v.

**DOT**

**2232 CD 2015**

Commonwealth Court of Pennsylvania.

06/13/2017

Philadelphia County Civil Division, 150302384

Affirmed

■

**HOMELAND CENTER**

v.

**UCBR**

**1244 CD 2016**

Commonwealth Court of Pennsylvania.

6/13/2017

Unemployment Compensation Board of Review, B–590300

Affirmed